Submitted on record and briefs May 1, conviction affirmed; sentence vacated and remanded for resentencing May 22, 1991

## STATE OF OREGON,
*Respondent,*

*v.*

## BOBBI ANNE STEUWER,
*Appellant.*

(W9025622; CA A67305)

812 P2d 15

Michael Curtis, Hillsboro, filed the brief for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Janet A. Klapstein, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals her conviction for driving while her operator's license was suspended, a misdemeanor. ORS 811.182. She pled guilty to the charge, and the court placed her on two years probation; one condition of probation was that she serve 30 days in jail. She contends that incarceration for a misdemeanor as a condition of probation is unlawful. We agree and remand for resentencing.

Defendant was convicted for a crime that was committed after November 1, 1989. ORS 137.540(2), provides that, for a crime committed after that date, a jail sentence may be imposed as a condition of probation only for a felony. *State v. Wold,* 105 Or App 158, 803 P2d 782 (1991). Because defendant was convicted of a misdemeanor, the imposition of a jail term as a condition of probation is not authorized.

Conviction affirmed; sentence vacated; remanded for resentencing.